**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Rickey G. YOUNG, Defendant–**
**Appellant.**

No. 00–4759.

United States Court of Appeals,
Fourth Circuit.

Submitted May 18, 2001.

Decided June 18, 2001.

Rickey G. Young, pro se. Rick A. Mountcastle, Office of the United States Attorney, Abingdon, VA, for appellee.

Before WILKINS, TRAXLER, and KING, Circuit Judges.

PER CURIAM.

Rickey G. Young appeals the district court's orders denying his pretrial motions to represent himself in association with other counsel, to dismiss the indictment due to pre-indictment delay and violation of the statute of limitations, and to discover evidence of selective prosecution. We dismiss the appeal for lack of jurisdiction because the orders are not appealable. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (1994), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (1994); Fed. R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.,* 337 U.S. 541, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The orders here appealed are neither final orders nor appeal-

able interlocutory or collateral orders. We dismiss the appeal as interlocutory. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*